■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO C. CATALANO, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following Memorandum: Defendant's conviction of rape in the first degree is reversed, the sentence imposed thereon vacated, and that count of the indictment dismissed because "the complainant testified to more than one act of [rape], but defendant was indicted on only one count" *(People v McNab,* 167 AD2d 858).

In light of the overwhelming proof of guilt of the other offenses, any error in excluding certain testimony of the defense witness, DeMarco, was harmless *(see, People v Crimmins,* 36 NY2d 230, 242).

The other issues raised by defendant on appeal lack merit. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Rape, 1st Degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ In the Matter of JOSEPHRYAN G., a Child Alleged to be Neglected.—Case held, decision reserved, motion to relieve counsel's assignment granted, and new counsel to be assigned. Memorandum: Respondent's attorney was assigned on April 10, 1990 to perfect this appeal from an order of Cattaraugus County Family Court dated October 17, 1989, which found that respondent neglected her son, Josephryan, and placed him with the Cattaraugus County Department of Social Services. He has moved to be relieved of this assignment on the ground that no nonfrivolous issues exist on the appeal, and has filed a brief purporting to state all points which may arguably provide a basis for appeal. We find at least one nonfrivolous issue overlooked by counsel, i.e., whether the proof was sufficient to establish neglect. The record shows that respondent's trial counsel argued at the end of the hearing, at which respondent offered no proof, that the petition should be dismissed because the proof of neglect was insufficient.

We, therefore, relieve counsel of his assignment and assign new counsel to file a brief addressing the above issue and any other nonfrivolous issues found by counsel upon a review of the record. (Appeal from Order of Cattaraugus County Family Court, Newman, J.—Neglect.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.